UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDY WRIGHT,<br><br>               Petitioner,<br>   v.<br><br>KARIN ARNOLD,<br><br>               Respondent. | CASE NO. 3:25-cv-05898-LK-GJL<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |

This matter comes before the Court on Respondent's Motion for an Extension of Time to File an Answer. Dkt. 6. Respondent requests an extension of time until January 8, 2026, to answer the habeas Petition in order to collect the relevant state court materials, finalize the analysis of Petitioner's constitutional claims, and ensure all relevant state court exhibits are properly prepared for filing. *Id*. Upon review of the Motion and remaining record, the Motion (Dkt. 6) is **GRANTED**.

//

//

ORDER GRANTING EXTENSION OF TIME TO
FILE ANSWER - 1

Respondent shall have up to and including **January 8, 2026**, to file an answer to the Petition.[1]

Dated this 8th day of December, 2025.

Grady J. Leupold
United States Magistrate Judge

---

[1] As a complete state court record is necessary to review the Petition, the Court finds an extension of time is warranted and a response from Petitioner is not necessary. If Petitioner wishes to be heard on this Motion, he may file a motion for reconsideration.

ORDER GRANTING EXTENSION OF TIME TO
FILE ANSWER - 2